### STATE v. TOM CASE.

(Filed 15 December, 1943.)

APPEAL by defendant from *Olive, Special Judge,* at March Term, 1943, of GUILFORD.

Criminal prosecution tried upon indictment charging defendant with the murder of one A. C. Swain.

Verdict: Guilty of manslaughter. Judgment: Imprisonment in the State's Prison for a term of not less than five nor more than seven years.

The defendant appeals, assigning errors.

*Attorney-General McMullan and Assistant Attorneys-General Patton and Rhodes for the State.*

*Geo. A. Younce and Clyde Shreve for defendant.*

PER CURIAM. The assignments of error set out in the record are without substantial merit, and the result of the trial below will not be disturbed.

No error.